IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND USHER, et al.,

       Plaintiffs,                    CIV. NO. S-10-2202 MCE GGH PS

     vs.

CHASE HOME FINANCE LLC, et al.,

       Defendants.                <u>ORDER</u>

_____/

        Plaintiffs are proceeding pro se in this foreclosure action. On October 12, 2010, this court issued findings and recommendations, recommending dismissal with prejudice after pointing out the defects in the complaint.

        On October 28, 2010, plaintiffs filed a motion for leave to amend their complaint. Plaintiffs' motion was not, however, accompanied by a proposed amended complaint. Since plaintiffs did not submit a proposed amended complaint, the court is unable to evaluate it. More importantly, plaintiffs have not set forth facts which would support a basis for amendment. Plaintiffs' motion for leave to amend must therefore be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiffs' October 28, 2010 motion for leave to amend, (dkt. #12), is denied.

DATED: November 22, 2010

                                               /s/ Gregory G. Hollows

                                               UNITED STATES MAGISTRATE JUDGE

GGH:076/Usher2202.10.wpd