UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAYMOND USHER, et al.,   No. 2:10-cv-02202-MCE-GGH

        Plaintiffs,

   v.   MEMORANDUM AND ORDER

CHASE HOME FINANCE, LLC, et al.,

        Defendants.

----oo0oo----

Presently before the Court is Plaintiffs' Motion for Leave to Amend First Amended Complaint ("Motion"), which was filed on January 6, 2011, well after the Court's December 13, 2010, entry of judgment in this action. "The Court may consider a rule 15(a) motion for leave to amend which follows an order or judgment of dismissal only if the Court first alters, vacates, or sets aside the order or judgment under either rule 59 or rule 60(b)." Roque v. City of Redlands, 79 F.R.D. 433 (C.D. Cal. 1978) (internal citations omitted).

///

///

1

The Court has not altered, vacated or set aside the judgment. Moreover, the Court specifically denied Plaintiffs' December 15, 2010 request for an extension of time to file an amended pleading. Accordingly, Plaintiffs' current Motion (ECF No. 19) is DENIED. The Court will not entertain any further Motions for Leave to Amend Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: June 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE